JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL NASR,<br><br>       Plaintiff,<br><br>   v.<br><br>JETBLUE AIRWAYS CORPORATION,<br><br>       Defendant. | Case No. 8:23-cv-01839-JWH-ADS<br><br>**JUDGMENT** |

Pursuant to the "Order on Defendant's Motion to Dismiss [ECF No. 8] and Motion to Stay [ECF No. 25]" filed substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453.

2. Defendant JetBlue Airways Corporation shall have **JUDGMENT** in its favor, and against Plaintiff Daniel Nasr. Plaintiff Daniel Nasr shall take nothing by way of his complaint. This action is **DISMISSED**.

3. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 21, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE